UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Cathleen Aromando v. Bayer Corporation, et al.* | No. 10-cv-11874-DRH |
| *Michelle Atkins v. Bayer Corporation, et al.* | No. 11-cv-11015-DRH |
| *Gina Beck v. Bayer Corporation, et al.* | No. 11-cv-11252-DRH |
| *Jackie Beighley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11864-DRH |
| *Shannon Berthiaume v. Bayer Corporation, et al.* | No. 13-cv-10117-DRH |
| *Nancy Billik v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10179-DRH |
| *Joycelyn Blanford v. Bayer Corporation, et al.* | No. 11-cv-11299-DRH |
| *Laura Boglitsch v. Bayer Corporation, et al.* | No. 10-cv-13858-DRH |
| *Kourtney Bowman v. Bayer Corporation, et al.* | No. 11-cv-11295-DRH |
| *Melissa Britton Diskin v. Bayer Corporation, et al.* | No. 11-cv-13158-DRH |
| *Lisa Brongiel v. Bayer Corporation, et al.* | No. 10-cv-11854-DRH |
| *Shanae Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10902-DRH |
| *Stacey Brumbaugh v. Bayer Corporation, et al.* | No. 10-cv-10082-DRH |
| *Sharon Bryson v. Bayer Corporation, et al.* | No. 11-cv-11294-DRH |
| *Ebony Buchanan v. Bayer Corporation, et al.* | No. 11-cv-12454-DRH |

| | |
|---|---|
| *Rhonda Buck v. Bayer Corporation, et al.* | No. 11-cv-11291-DRH |
| *Christine Chambers v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10675-DRH |
| *Kara Chase v. Bayer Corporation, et al.* | No. 10-cv-11904-DRH |
| *Sharon Coble v. Bayer Corporation, et al.* | No. 10-cv-11437-DRH |
| *Susan Coker v. Bayer Corporation, et al.* | No. 11-cv-11300-DRH |
| *Claire Cole-Arment v. Bayer Corporation, et al.* | No. 10-cv-12129-DRH |
| *Maria Collins v. Bayer Corporation, et al.* | No. 10-cv-11015-DRH |
| *Tiffany Cook v. Bayer Corporation, et al.* | No. 12-cv-10812-DRH |
| *Brooke DeLong v. Bayer Corporation, et al.* | No. 11-cv-12453-DRH |
| *Kimberly Eckert v. Bayer Corporation, et al.* | No. 10-cv-11375-DRH |
| *Magdalena Escalante v. Bayer Corporation, et al.* | No. 10-cv-10177-DRH |
| *Marsha Essman v. Bayer Corporation, et al.* | No. 11-cv-11413-DRH |
| *Elizabeth Floyd v. Bayer Corporation, et al.* | No. 10-cv-13593-DRH |
| *Sharon Foy v. Bayer Corporation, et al.* | No. 12-cv-10981-DRH |
| *Hannah Freeman v. Bayer Corporation, et al.* | No. 10-cv-10978-DRH |
| *Melanie Fries-Glosser v. Bayer Corporation, et al.* | No. 10-cv-12648-DRH |
| *Tammy Lynn Gable v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13592-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 23, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                         NANCY J. ROSENSTENGEL,
                                         CLERK OF COURT


                                         BY:  */s/Sara Jennings*
                                                       **Deputy Clerk**

**Dated:** March 24, 2014

Digitally signed by David R. Herndon
Date: 2014.03.24 11:27:17 -05'00'

**APPROVED:**
         **CHIEF JUDGE**
         **U. S. DISTRICT COURT**